# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Derrick Jervon Lindsay, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00326-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| A. Smith | ) | |
| FNU Ingrum | | |
| FNU Parker | | |
| Alfred Williams | | |
| C. Smith | | |
| George Solomon | | |
| FNU Grudzinski | | |
| FNU Mims, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2015 Order.

August 4, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court